JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JENNIFER MORFE, an individual; ROBERT YACHEN LEE, an individual; TSL DEVELOPMENT, INC., a California corporation; and RIGHT YOGURT, INC., a California corporation,<br><br>    Defendants. | Case No. 12-cv-02323-DSF-PLA<br><br>**JUDGMENT** |
| JENNIFER MORFE, an individual,<br><br>    Counter-Claimant,<br><br>v.<br><br>AMCO INSURANCE COMPANY,<br><br>    Counter-Defendant. | |

The Court having granted partial summary judgment in favor of Plaintiff AMCO Insurance Company (AMCO) against Defendant-Counterclaimant Jennifer Morfe, Defendant Right Yogurt, Inc., and Defendant Robert Lee, and AMCO and Defendant TSL Development, Inc. having stipulated to dismiss TSL Development, Inc. with the respective parties bearing their own fees and costs,

IT IS ORDERED AND ADJUDGED that Defendant-Counterclaimant Jennifer Morfe take nothing, that judgment be entered in favor of AMCO on the merits, and that AMCO recover its costs.

Dated: February 23, 2017

_____
Dale S. Fischer
United States District Judge